IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NORMAN MORRISEY, | § | |
| | § | No. 323, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID 91006237DI |
| | § | |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: August 8, 2016
Decided: October 10, 2016

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

## O R D E R

This 10th day of October 2016, the Court has considered Norman Morrisey's appeal from the Superior Court's denial of his motion to alter or amend the judgment or, alternatively, motion for relief from judgment under Superior Court Civil Rules 59(d) and 60(b)(6). The judgment that Morrisey seeks to alter or amend is the Superior Court's January 12, 2016 judgment denying his motion for correction of his criminal sentence. Neither Civil Rule 59 nor Civil Rule 60 may be invoked in this case as a means for Morrisey to seek review of his criminal sentence. First, we note that Morrisey filed an appeal from the Superior Court's January 12, 2016 judgment, which this Court dismissed as untimely. Morrisey cannot use the Superior Court's Civil Rules as a means to avoid the jurisdictional

bar to this Court's review of his untimely appeal. Moreover, this Court has held many times, that the Superior Court Civil Rules may not be used in a criminal proceeding to collaterally attack a conviction[1] or to modify a sentence.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] *Jackson v. State*, 2007 WL 2231072 (Del. Aug. 2, 2007).

[2] *Landry v. State*, 2015 WL 4464772 (Del. July 20, 2015); *Johnson v. State*, 2015 WL 1880412 (Del. Apr. 21, 2015).